UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CAREN MacARTHUR, | ) | CIV. 04-4058-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on the merits, with prejudice, and without the award of costs to any party.

Dated April 29, 2005.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE